```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                   SOUTHERN DIVISION
```

TIMOTHY P. DONOVAN, JR.,          :
                                  :
    Plaintiff,                    :
                                  :
vs.                               :    CIVIL ACTION 14-0353-WS-M
                                  :
CAROLYN W. COLVIN,                :
Commissioner of Social Security,  :
                                  :
    Defendant.                    :

ORDER

After due and proper consideration of the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that the decision of the Commissioner be AFFIRMED and that this action be DISMISSED.

DONE this 8th day of June, 2015.

                              s/WILLIAM H. STEELE
                              CHIEF UNITED STATES DISTRICT JUDGE