```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISION


TIMOTHY P. DONOVAN, JR.,            :
                                    :
     Plaintiff,                     :
                                    :
vs.                                 :      CIVIL ACTION 14-0353-WS-M
                                    :
CAROLYN W. COLVIN,                  :
Commissioner of Social Security,    :
                                    :
     Defendant.                     :
```

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Defendant Carolyn W. Colvin and against Plaintiff Timothy P. Donovan, Jr. on all claims.

DONE this 8th day of June, 2015.

                          s/WILLIAM H. STEELE
                          CHIEF UNITED STATES DISTRICT JUDGE